UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YSMARIE RIVERIA, *on behalf of herself and all others similarly situated*,

Plaintiff,

-v-

BOP, LLC *d/b/a Shopbop*,

Defendant.

---

26-CV-7097 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

Plaintiff alleges that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*. In the Court's experience, cases involving such claims almost always settle, often even before the initial pretrial conference. To that end, by separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement. To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

SO ORDERED.

Dated: August 24, 2026
New York, New York

JESSE M. FURMAN
United States District Judge